FILED
CLERK, U.S. DISTRICT COURT

AUG 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF<br>　　　　　v.<br>Richard Steven Mendoza,<br>　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br>10-1424M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for __8/19/10__, at __9:30__ ☒ a.m. / ☐ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　(Other custodial officer)

Dated: __8/16/10__　　　　　　　　_____
　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge